**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000610
11-JAN-2024
07:55 AM
Dkt. 18 ODSLJ**

NO. CAAP-23-0000610

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRONSON JONES and CHASSIDIE JONES,
Plaintiffs-Appellees, v.
2 BROS. SERVICES, LLC, dba IZZY TOWS IT;
KAINOA JUSTIN AH SING; and ISRAEL ALVAREZ,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001231)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of the record, self-represented Defendants-Appellants Kainoa Justin Ah Sing and Israel Alvarez appeal from the October 4, 2023 "Order Granting Plaintiffs' Motion for ** Summary Judgment Against Defendants Kainoa Ahsing [sic] and Israel Alvarez" (**October 4, 2023 Order**) entered in the Circuit Court of the First Circuit in 1CCV-21-0001231. The court lacks appellate jurisdiction because the circuit court has not entered a final, appealable order or judgment, see Hawaii Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994), and the October 4, 2023 Order is not independently appealable under the collateral-order or Forgay[1] doctrines, nor has the circuit court granted leave for interlocutory appeal under HRS § 641-1(b). See Greer v. Baker, 137 Hawaiʻi 249, 253, 369 P.3d 832, 836 (2016)

---

[1] Forgay v. Conrad, 47 U.S. 201 (1848).

(setting forth the requirements for appealability under the collateral-order doctrine and the <u>Forgay</u> doctrine); HRS § 641-1(b) (specifying requirements for leave to file interlocutory appeal).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

DATED:  Honolulu, Hawaiʻi, January 11, 2024.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge